**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* ________ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **K& G Artisan Builders, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Historic Restorations** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8163998** |
| 4. | **Debtor's address** | **Principal place of business**<br>**746 N Franklin Street**<br>**Lancaster, PA 17602**<br>Number, Street, City, State & ZIP Code<br>**Lancaster**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.historic-restorations.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **K& G Artisan Builders, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**2361**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

District **Eastern District of PA** When **3/23/18** Case number **18-11924**
District When Case number

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor Relationship
District When Case number, if known

Debtor **K& G Artisan Builders, Inc.** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **K& G Artisan Builders, Inc.** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 27, 2018**
MM / DD / YYYY

*X* **/s/ Danielle Keperling**
Signature of authorized representative of debtor

**Danielle Keperling**
Printed name

Title **VP/Treasurer**

**18. Signature of attorney**

*X* **/s/ Mitchell A. Sommers, Esquire PC**
Signature of attorney for debtor

Date **April 27, 2018**
MM / DD / YYYY

**Mitchell A. Sommers, Esquire PC 38505**
Printed name

**Mitchell A. Sommers, Esquire, PC**
Firm name

**107 West Main Street**
**Ephrata, PA 17522**
Number, Street, City, State & ZIP Code

Contact phone **717-733-6607** Email address **sommersesq@aol.com**

**38505 PA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **K& G Artisan Builders, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 27, 2018**

X **/s/ Danielle Keperling**
Signature of individual signing on behalf of debtor

**Danielle Keperling**
Printed name

**VP/Treasurer**
Position or relationship to debtor



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **K& G Artisan Builders, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals 12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ **9,762.50** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ **9,762.50** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **692,480.61** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **691,105.88** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | **+$** **1,199,785.02** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **2,583,371.51** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **K& G Artisan Builders, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **2,143.00** | - | **0.00** | =.... | **$2,143.00** |
| 11b. Over 90 days old: | **500.00** | - | **0.00** | =.... | **$500.00** |
| 11b. Over 90 days old: | **4,619.50** | - | **0.00** | =.... | **$4,619.50** |
| 11b. Over 90 days old: | **1,216.75** | - | **1,216.75** | =.... | **$0.00** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **2,636.88** | - | **2,636.88** | =.... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **500.00** | - | **500.00** | =.... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.** **$7,262.50**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**desks, chairs, printer, 2 computers, business records located at 6 Pinnacle Road West, Holtwood, PA. Some business records are still in debtor's possession.** | **$0.00** | | **$1,500.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$1,500.00**
Add lines 39 through 42. Copy the total to line 86.


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number *(If known)*
Name

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **small power tools** | **$0.00** | | **$1,000.00** |

51. **Total of Part 8.** **$1,000.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number *(If known)*
Name

61. **Internet domain names and websites**

| | | | |
|---|---|---|---|
| **www.historic-restorations.com** | **$0.00** | | **$0.00** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| **less than 500 names - value is zero** | **$0.00** | | **$0.00** |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 11: **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number *(If known)*
Name

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$7,262.50** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,500.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,000.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.............................................................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$9,762.50** | **+** 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$9,762.50** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **K& G Artisan Builders, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Ahern Rentals**
Creditor's Name

**1401 Mineral Avenue**
**Las Vegas, NV 89106**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/2015**

**Last 4 digits of account number**
**6668**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

Column A: **$23,674.85** Column B: **$0.00**

---

**2.2 Amato Keating and Less, PC**
Creditor's Name

**107 North Commerce Way**
**Bethlehem, PA 18017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/8/15**

**Last 4 digits of account number**
**5186**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Selective Insurance**

**Describe the lien**
**judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$6,838.47** Column B: **$0.00**



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if know)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

2.3 **Amato, Keating & Lessa, PC**
Creditor's Name

**107 North Commerce Way**
**Bethlehem, PA 18017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/2016**
**Last 4 digits of account number**
**0541**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Aerotek**

**Describe the lien**
**judgment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**$77,128.89** **$0.00**

---

2.4 **Carter Lumber**
Creditor's Name
**c/o Thomas, Thomas & Hafer, LLP**
**PO Box 999**
**Harrisburg, PA 17108**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/2016**
**Last 4 digits of account number**
**9675**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**judgment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**$5,867.73** **$0.00**

---

2.5 **Cooper Printing**
Creditor's Name

**2094 New Danville Pike**
**Lancaster, PA 17603**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**judgment**

**Describe the lien**

**$1,093.95** **$0.00**



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if know)
Name

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2015**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

2.6 **Lawrence J. DeMarco**
Creditor's Name
**Michelle VonNieda**
**1227 Willow Street Pike**
**Lancaster, PA 17602**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**unpaid rent**

**$12,000.00** **$0.00**

**Describe the lien**
**judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2275**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

2.7 **Pennsylvania Bar Association**
Creditor's Name

**100 South Street**
**Harrisburg, PA 17101**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**$530,570.82** **$0.00**

**Describe the lien**
**judgment entered 4/10/18**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**19CV**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if know)
Name

2.8 **Stephanie McGowen**
Creditor's Name
**302 E Main Street, Apt 2**
**New Holland, PA**
**17557-1302**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Workers Compensation claim WCAIS Dispute No. 7951337-1-1**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**$5,000.00** **$0.00**

2.9 **Tom Schelling**
Creditor's Name

**330 Baumgardner Road**
**Willow Street, PA 17584**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**9730**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**judgment**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**$1,083.50** **$0.00**

2.10 **Weaver Associates**
Creditor's Name

**753 Rosemon Drive**
**Lititz, PA 17543**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2013**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$1,025.40** **$0.00**



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if know)
Name

**2017**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

2.11 **Wise Funding Group, LLC** — **Describe debtor's property that is subject to a lien** — **$28,197.00** — **$0.00**
Creditor's Name

**767 Third Ave., 32nd Fl**
**New York, NY 10017**
Creditor's mailing address

**Describe the lien**
**judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**

**Last 4 digits of account number**
**6941**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$692,480.61**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Donald H. Hess, Esquire**<br>**Gibbel Kraybill & Hess LLP**<br>**2933 Lititz Pike**<br>**PO Box 5349**<br>**Lancaster, PA 17606** | Line **2.6** | |
| **Freeburn Hamilton**<br>**2040 Linglestown Road, STE 300**<br>**Harrisburg, PA 17110** | Line **2.8** | |
| **Mette, Evans & Woodside**<br>**3401 North Front Street**<br>**PO Box 5950**<br>**Harrisburg, PA 17110-0950** | Line **2.7** | |
| **Richard Keiffer III**<br>**311 Market Street**<br>**Kingston, PA 18704** | Line **2.11** | |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if know)
Name

| | |
|---|---|
| **Shook Hardy & Bacon**<br>**1155 F Street NW STE 200**<br>**Washington, DC 20004-1305** | Line **2.3** |
| **Thomas Thomas & Hafer LLP**<br>**PO Box 999**<br>**Harrisburg, PA 17108-0999** | Line **2.4** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **K& G Artisan Builders, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Creditor | Claim details | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Harrisburg<br>10 N Second Street<br>Harrisburg, PA 17101**<br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$5,000.00** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**City of Philadelphia<br>Department of Revenue<br>PO Box 50<br>Philadelphia, PA 19105-0050**<br>Date or dates debt was incurred<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$1,000.00** | **$0.00** |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com 47274 Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**County of Bradford**<br>**Domestic Relations Office**<br>**301 Main Street, Room 13**<br>**Towanda, PA 18848** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$1,110.20** | **$1,110.20** |
| | Date or dates debt was incurred<br>**20017** | Basis for the claim:<br>**PACSES NO. 695113757** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**County of Delaware**<br>**201 W Front Street**<br>**Media, PA 19063** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$1,355.36** | **$1,355.36** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Department of Revenue**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999-0030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$200,000.00** | **$200,000.00** |
| | Date or dates debt was incurred<br>**2013-2017** | Basis for the claim: | | |
| | Last 4 digits of account number **3998**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Department of Revenue**<br>**Cincinnati, OH 45999-0030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$5,585.06** | **$0.00** |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**federal tax lien** | | |
| | Last 4 digits of account number **1511**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$255,521.98** | **$255,521.98** |
| | Date or dates debt was incurred<br>**2012-2016** | Basis for the claim:<br>**form 941** | | |
| | Last 4 digits of account number **3998**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$6,315.47** | **$6,315.47** |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**form 1120** | | |
| | Last 4 digits of account number **3998**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.9 | Priority creditor's name and mailing address<br>**Lancaster County**<br>**150 N Queen Street**<br>**Lancaster, PA 17603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$27,877.98** | **$27,877.98** |
| | Date or dates debt was incurred<br>**8/2017** | Basis for the claim:<br>**restitution for CP-36-CR 526-2017** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>**Lancaster County Domestic Relations**<br>**150 N Queen Street, STE 220**<br>**Lancaster, PA 17603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$899.22** | **$899.22** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**LCTCB**<br>**1845 William Penn Way**<br>**Lancaster, PA 17601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$3,800.00** | **$0.00** |
| | Date or dates debt was incurred<br>**2016, 2017** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**PO Box 90128**<br>**Harrisburg, PA 17109-0128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$46,760.98** | **$0.00** |
| | Date or dates debt was incurred<br>**2012-2013** | Basis for the claim:<br>**Commonwealth of PA State Workers Insurance** | | |
| | Last 4 digits of account number **0721**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**NYS Assessment Receivables**<br>**PO Box 4127**<br>**Binghamton, NY 13902-4127** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,167.55** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**sales and corporation taxes from 2009-2013** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.14 | Priority creditor's name and mailing address<br>**PA Department of Revenue**<br>**Bureau of Collections**<br>**PO Box 281041**<br>**Harrisburg, PA 17128-1041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$27,402.84** | **$0.00** |
| | Date or dates debt was incurred<br>**2012-2014** | Basis for the claim:<br>**employer tax-judgment docket number 16-08802** | | |
| | Last 4 digits of account number **8802**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

**2.15** Priority creditor's name and mailing address
**PA Department of Revenue**
**Bureau of Collections**
**PO Box 281041**
**Harrisburg, PA 17128-1041**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**$54,885.65** **$0.00**

Date or dates debt was incurred
**2013-2107**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.16** Priority creditor's name and mailing address
**PA Dept of Labor & Industry**
**Office of the UC Tax Services**
**651 Boas Street**
**Harrisburg, PA 17121-0750**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**$51,423.59** **$0.00**

Date or dates debt was incurred
**2013-2017**

Basis for the claim:

Last 4 digits of account number **2823**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**Allied Window**
**11111 Canal Road**
**Cincinnati, OH 45241**
**Date(s) debt was incurred** **9/2013**
**Last 4 digits of account number** **1626**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$3,108.59**

**3.2** **Nonpriority creditor's name and mailing address**
**Amanda Kulik**
**218 Laurel Road**
**Altoona, PA 16601**
**Date(s) debt was incurred** **3/2015**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$2,305.00**

**3.3** **Nonpriority creditor's name and mailing address**
**Andrew Foreman**
**57 E Main Street**
**Leola, PA 17540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$500.00**


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Bauer Fastner & Power Tool**<br>**PO Box 180**<br>**Lancaster, PA 17608**<br>**Date(s) debt was incurred** 2015<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,500.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Morua**<br>**334 Coral Street**<br>**Lancaster, PA 17603**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Will**<br>**46 E 2nd Avenue**<br>**Lititz, PA 17543**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$600.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**BerkleyNet**<br>**PPO Box 535080**<br>**Atlanta, GA 30353**<br>**Date(s) debt was incurred** 6/2017<br>**Last 4 digits of account number** 9639 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,008.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Bestline**<br>**140 Hawbaker Industrial Drive**<br>**State College, PA 16803**<br>**Date(s) debt was incurred** 7/2017<br>**Last 4 digits of account number** T001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,223.93** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**BHK Financial**<br>**2222 S Dobson Rd., sTE 1104**<br>**Mesa, AZ 85202**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 0814 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** N2 Publishing<br>Is the claim subject to offset? ■ No ☐ Yes | **$22,348.45** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Biehl & Biehl, Inc.**<br>**PO Box 87410**<br>**Carol Stream, IL 60188-7410**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** 5114 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** LNP Media Group<br>Is the claim subject to offset? ■ No ☐ Yes | **$896.35** |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

3.11 **Nonpriority creditor's name and mailing address**
**Bin There Dump That**
**1413 Richmond Road**
**Red Lion, PA 17356**
**Date(s) debt was incurred** 9/2015
**Last 4 digits of account number** 233

**As of the petition filing date, the claim is:** *Check all that apply.* **$456.56**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**Blue Ball Machine**
**PO Box 369**
**Blue Ball, PA 17506**
**Date(s) debt was incurred** 2010
**Last 4 digits of account number** 4186

**As of the petition filing date, the claim is:** *Check all that apply.* **$913.06**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**Boldmark Steel Industries, LLC**
**9058 Flamepool Way**
**Columbia, MD 21045**
**Date(s) debt was incurred** 10/2016
**Last 4 digits of account number** 1070

**As of the petition filing date, the claim is:** *Check all that apply.* **$390.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Brennan & Clark Ltd**
**721 E Madison, STE 200**
**Wood Dale, IL 60191**
**Date(s) debt was incurred** 2015
**Last 4 digits of account number** 3046

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,000.01**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Erie Insurance
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Brubaker Connaughton Goss and Lucarelli**
**480 New Holland Avenue, STE 6250**
**Lancaster, PA 17602**
**Date(s) debt was incurred** 8/2017
**Last 4 digits of account number** 6002

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,482.01**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Caleb Horst**
**324 E Ross Street**
**Lancaster, PA 17602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$800.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Campbell Hightower & Adams**
**Cincinnati Insurance**
**4645 S Lakeshore Dr, STE 11**
**Tempe, AZ 85282**
**Date(s) debt was incurred** 2015
**Last 4 digits of account number** 2155

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,117.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Cincinnati Insurance Companies
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Capital Blue**<br>**PO Box 779516**<br>**Harrisburg, PA 17177-9516**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,281.36** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Caretti Restoration & Preservation**<br>**PO Box 1301**<br>**Camp Hill, PA 17001-1301**<br>**Date(s) debt was incurred** 12/2016<br>**Last 4 digits of account number** 4128 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,599.75** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Central Credit Services, LLC**<br>**20 Corporate Hills Drive**<br>**Saint Charles, MO 63301**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Citizens Bank<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,146.62** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Charles and Laura Boinske**<br>**30 Turnstone Way**<br>**Downingtown, PA 19335**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Chevery Bnie Jacob**<br>**300 West Water Street**<br>**Middletown, PA 17057**<br>**Date(s) debt was incurred** 9/2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,010.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Cohen Seglias Pallas Greenhall & Furman**<br>**United Plaza, 19th Floor**<br>**30 S 17th Street**<br>**Philadelphia, PA 19103**<br>**Date(s) debt was incurred** 2017<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,055.13** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Cohn & Dussi, LLC**<br>**5000 W Cummings Park, STE 2350**<br>**Woburn, MA 01888**<br>**Date(s) debt was incurred** 11/2016<br>**Last 4 digits of account number** 7854 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wise Funding Group<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,197.00** |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.25 | **Comcast Business**<br>**PO Box 3001**<br>**Southeastern, PA 19398-3001**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 6423 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,864.09** |
| 3.26 | **Complete Payment Recovery**<br>**PO Box 30272**<br>**Tampa, FL 33630-3272**<br>Date(s) debt was incurred 9/2015<br>Last 4 digits of account number 6790 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| 3.27 | **Concrete Authority**<br>**599 Airport Road**<br>**Lititz, PA 17543**<br>Date(s) debt was incurred 8/2016<br>Last 4 digits of account number 3607 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,010.00** |
| 3.28 | **Countryview Construction**<br>**881 Red Hill Road**<br>**Narvon, PA 17555**<br>Date(s) debt was incurred 2/2017<br>Last 4 digits of account number _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,100.00** |
| 3.29 | **Covenant CPA**<br>**2733 Willow Street Pike N**<br>**Willow Street, PA 17584**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,500.00** |
| 3.30 | **CST Co**<br>**PO Box 33127**<br>**Louisville, KY 40232-3127**<br>Date(s) debt was incurred 6/2015<br>Last 4 digits of account number 9047 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: BFS Capital<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,726.00** |
| 3.31 | **DAL, Inc.**<br>**PO Box 162**<br>**Clifton Heights, PA 19018**<br>Date(s) debt was incurred 2014<br>Last 4 digits of account number 0884 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: Paychex<br>Is the claim subject to offset? ■ No ☐ Yes | **$452.66** |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

3.32 **Nonpriority creditor's name and mailing address**
**Daniel Pyfer**
**289 Marion Road**
**Elizabethtown, PA 17022**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,000.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**Domestic Relations Office**
**PO Box 543**
**Media, PA 19063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
**Eagle Rental**
**1327 N Reading Road**
**Stevens, PA 17578**
**Date(s) debt was incurred** 3/2017
**Last 4 digits of account number** 2429

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,142.82**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Early American Life**
**PO Box 221230**
**Beachwood, OH 44122-0996**
**Date(s) debt was incurred** 11/2012
**Last 4 digits of account number** 728

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**Fastenal**
**PPO Box 1286**
**Winona, MN 55987-1286**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3465

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,666.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**FloorHaus**
**40 Glenbrook Road**
**Leola, PA 17540**
**Date(s) debt was incurred** 2013
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$703.33**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**FMS Inc.**
**PO Box 707600**
**Tulsa, OK 74170-7600**
**Date(s) debt was incurred** 1/2015
**Last 4 digits of account number** 4463

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,217.67**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Foard Panel, Inc.**<br>**PO Box 185**<br>**West Chesterfield, NH 03466**<br>**Date(s) debt was incurred** 2/2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,263.54** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Frank Crum**<br>**100 South Missouri Avenue**<br>**Clearwater, FL 33756**<br>**Date(s) debt was incurred** 10/2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Goods Disposal Service, Inc.**<br>**4361 Oregon Pike**<br>**Ephrata, PA 17522**<br>**Date(s) debt was incurred** 6/2017<br>**Last 4 digits of account number** 3652 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,841.21** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Graybill Equipment & Repair, Inc.**<br>**7651 Derry Street, STE B**<br>**Harrisburg, PA 17111**<br>**Date(s) debt was incurred** 5/2017<br>**Last 4 digits of account number** 5590 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,724.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**HC Quality Door LLC**<br>**4002 Old Philadelphia PIke**<br>**Gordonville, PA 17529**<br>**Date(s) debt was incurred** 3/2015<br>**Last 4 digits of account number** 0980 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,113.54** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Highline Construction**<br>**152 Highland Road**<br>**Christiana, PA 17509**<br>**Date(s) debt was incurred** 3/2015<br>**Last 4 digits of account number** 3103 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,475.00** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Hilti Inc.**<br>**PO Box 21148**<br>**Tulsa, OK 74121-1148**<br>**Date(s) debt was incurred** 10/2015<br>**Last 4 digits of account number** 2064 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,157.67** |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.46 | **Home Group**<br>**Active Interest Media**<br>**300 N Continental Blvd, STE 650**<br>**El Segundo, CA 90245**<br>Date(s) debt was incurred **2/2016**<br>Last 4 digits of account number **9921** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,150.00** |
| 3.47 | **House of Antique Hardware**<br>**802 NE Davis St**<br>**Portland, OR 97232**<br>Date(s) debt was incurred **3/2015**<br>Last 4 digits of account number **4366** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,510.00** |
| 3.48 | **Howard Caldwell**<br>**104 Groffdale Road**<br>**Quarryville, PA 17566**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.49 | **InfusionSoft**<br>**1260 S Spectrum Blvd**<br>**Chandler, AZ 85286**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$600.00** |
| 3.50 | **Intulse**<br>**29 S Market Street, STE 5**<br>**Elizabethtown, PA 17022**<br>Date(s) debt was incurred **9/2017**<br>Last 4 digits of account number _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$450.00** |
| 3.51 | **James Hecker**<br>**125 Mount Joy Street**<br>**Mount Joy, PA 17552**<br>Date(s) debt was incurred **11/2015**<br>Last 4 digits of account number _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,500.00** |
| 3.52 | **Jeffrey Hanna**<br>**357 College Avenue**<br>**Lancaster, PA 17603**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$909.02** |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Metz**<br>**1916 A Lincoln Highway East**<br>**Lancaster, PA 17602**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$953.85** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Jonathan Wagner**<br>**102 W Main Street**<br>**Landisville, PA 17538**<br>**Date(s) debt was incurred** 7/2017<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** past wages<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Justifacts Credential Verification**<br>**5250 Logan Ferry Road**<br>**Murrysville, PA 15668**<br>**Date(s) debt was incurred** 2/2017<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$590.96** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**K&L Machining**<br>**50 Trinity Drive**<br>**Leola, PA 17540**<br>**Date(s) debt was incurred** 10/2013<br>**Last 4 digits of account number** HRC | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,170.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Karri Sensenig**<br>**210 W Grant Street**<br>**Lancaster, PA 17603**<br>**Date(s) debt was incurred** 3/2015<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,500.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Kaufman CPA**<br>**243 E Ross Street**<br>**Lancaster, PA 17602**<br>**Date(s) debt was incurred** 4/2017<br>**Last 4 digits of account number** 1944 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$940.00** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Keron Shockley**<br>**512 East King Street**<br>**Lancaster, PA 17602**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** amount owing is unknown. This is an EECO complaint. Waiting for determination<br>Is the claim subject to offset? ■ No ☐ Yes | **$375,000.00** |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

**3.60** **Nonpriority creditor's name and mailing address**
**Keystone Credit Services**
**PO Box 218**
**Leola, PA 17540-0218**
**Date(s) debt was incurred** 3/2017
**Last 4 digits of account number** RESO

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,835.81**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Slaymaker Rentals & Supply Co
Is the claim subject to offset? ■ No ☐ Yes

**3.61** **Nonpriority creditor's name and mailing address**
**Keystone Credit Services**
**PO Box 218**
**Leola, PA 17540-0218**
**Date(s) debt was incurred** 12/2015
**Last 4 digits of account number** 0237

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,384.32**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Synergize LLC
Is the claim subject to offset? ■ No ☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**
**Lancaster General Health**
**PO Box 824809**
**Philadelphia, PA 19182-4809**
**Date(s) debt was incurred** 5/2017
**Last 4 digits of account number** 6875

**As of the petition filing date, the claim is:** *Check all that apply.* **$152.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.63** **Nonpriority creditor's name and mailing address**
**Lancaster Orthopedic Group**
**231 Granite Run Road**
**Lancaster, PA 17601**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** 1390

**As of the petition filing date, the claim is:** *Check all that apply.* **$569.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**
**Lantz Slate Roof Repair**
**2431 Creek Hill Road**
**Leola, PA 17540**
**Date(s) debt was incurred** 4/2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,000.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.65** **Nonpriority creditor's name and mailing address**
**Leeland's Slate Roof Repair**
**101 N Carroll Street**
**Reading, PA 19611**
**Date(s) debt was incurred** 12/2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,755.46**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.66** **Nonpriority creditor's name and mailing address**
**Lester P Eshelman Enterprises**
**67 Peach Lane**
**Lancaster, PA 17601**
**Date(s) debt was incurred** 5/2015
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$600.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Lift, Inc.**<br>**3745 Hempland Road**<br>**Mountville, PA 17554**<br>**Date(s) debt was incurred** 11/2016<br>**Last 4 digits of account number** 4206 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$959.30** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Little Mountain Printing, Inc.**<br>**234 East Rosebud Road**<br>**Myerstown, PA 17067**<br>**Date(s) debt was incurred** 6/2016<br>**Last 4 digits of account number** 5275 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$606.45** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**LM Martin**<br>**1947 Division Hwy**<br>**Ephrata, PA 17522**<br>**Date(s) debt was incurred** 2/2012<br>**Last 4 digits of account number** SRE0 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,410.80** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Long's Welding and Fabrication**<br>**90 S Geyers Church Road**<br>**Middletown, PA 17057**<br>**Date(s) debt was incurred** 11/2013<br>**Last 4 digits of account number** 3138 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,589.25** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Mike Mehffey**<br>**528 Park Avenue**<br>**Lancaster, PA 17602**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$899.22** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Moxin Timbers**<br>**121 Development Lane**<br>**Winchester, VA 22602**<br>**Date(s) debt was incurred** 11/2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,300.00** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**MRI Group, LLP**<br>**PO Box 3088**<br>**Lancaster, PA 17604**<br>**Date(s) debt was incurred** 4/2017<br>**Last 4 digits of account number** 7695 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$925.00** |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

**3.74** **Nonpriority creditor's name and mailing address**
**Nathan Talamantez**
**101 Garber Drive**
**Willow Street, PA 17584-9110**
**Date(s) debt was incurred** 7/2014
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.75** **Nonpriority creditor's name and mailing address**
**Occupational Health Centers**
**PO Box 8750**
**Elkridge, MD 21075-8750**
**Date(s) debt was incurred** 1/2017
**Last 4 digits of account number** 5722

**As of the petition filing date, the claim is:** *Check all that apply.* **$65.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Concentra
Is the claim subject to offset? ■ No ☐ Yes

**3.76** **Nonpriority creditor's name and mailing address**
**Patient First Attn: Corp Payments**
**PO Box 759041**
**Baltimore, MD 21275-9041**
**Date(s) debt was incurred** 1/2017
**Last 4 digits of account number** 7993

**As of the petition filing date, the claim is:** *Check all that apply.* **$538.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.77** **Nonpriority creditor's name and mailing address**
**Penn Medicine LGH**
**Patient Financial Services**
**PO Box 3555**
**Lancaster, PA 17604-0355**
**Date(s) debt was incurred** 4/2017
**Last 4 digits of account number** 1462

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,285.40**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.78** **Nonpriority creditor's name and mailing address**
**Pennsylvania One Call System**
**Po Box 641121**
**Pittsburgh, PA 15264-1121**
**Date(s) debt was incurred** 6/2015
**Last 4 digits of account number** 7663

**As of the petition filing date, the claim is:** *Check all that apply.* **$125.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.79** **Nonpriority creditor's name and mailing address**
**Perini Management Serivces**
**73 Mt. Wayte Avenue**
**Framingham, MA 01701-9160**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$370,519.76**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.80** **Nonpriority creditor's name and mailing address**
**PinnacleHealth System**
**PO Box 2353**
**Harrisburg, PA 17105-2353**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** balance is unknown. Never received a bill
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

3.81 **Nonpriority creditor's name and mailing address**
**PPL**
**2 N 9th Street**
**Allentown, PA 18104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7069

**As of the petition filing date, the claim is:** *Check all that apply.* **$810.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.82 **Nonpriority creditor's name and mailing address**
**PRS Physican Therapy**
**75 Evelyn Drive**
**Millersburg, PA 17061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,133.96**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.83 **Nonpriority creditor's name and mailing address**
**R&R Associates**
**39 N Front Street**
**Columbia, PA 17512**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,000.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
**Refindings**
**465 E Prospect Street**
**York, PA 17403**
**Date(s) debt was incurred** 11/2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$165.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**
**Rental Zone**
**122 SEymour Street**
**Lancaster, PA 17603**
**Date(s) debt was incurred** 6/2017
**Last 4 digits of account number** 4704

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,206.61**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**
**Robert Eshelman**
**668 Wallingford Rd., Apt. 103**
**Lititz, PA 17543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$950.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.87 **Nonpriority creditor's name and mailing address**
**Rudolph Talamantez**
**101 Garber Drive**
**Willow Street, PA 17584-9110**
**Date(s) debt was incurred** 7/2014
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,600.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)

Name

| # | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.88 | **Ryan Hammond**<br>**849 N Queen Street**<br>**Lancaster, PA 17602**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| 3.89 | **Shane Hurst**<br>**121 Spring Grove Road**<br>**East Earl, PA 17519**<br>**Date(s) debt was incurred** 7/2017<br>**Last 4 digits of account number** _ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** past wages<br>Is the claim subject to offset? ■ No ☐ Yes | **$650.00** |
| 3.90 | **Sherwin-Williams Co**<br>**910 Sheraton Drive, STE 400**<br>**Mars, PA 16046**<br>**Date(s) debt was incurred** 2/2017<br>**Last 4 digits of account number** 5403 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,394.58** |
| 3.91 | **Smoker Gard Associates**<br>**912 W Main Street, STE 402**<br>**New Holland, PA 17557**<br>**Date(s) debt was incurred** 10/2014<br>**Last 4 digits of account number** 1265 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,225.57** |
| 3.92 | **Steven Trees Woodworking**<br>**939 East Earl Road**<br>**New Holland, PA 17557**<br>**Date(s) debt was incurred** 4/2015<br>**Last 4 digits of account number** 8843 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$599.98** |
| 3.93 | **Strategic Tax Advisors, Inc.**<br>**1275 Barclay Blvd**<br>**Buffalo Grove, IL 60089**<br>**Date(s) debt was incurred** 2/2017<br>**Last 4 digits of account number** 8958 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,133.50** |
| 3.94 | **Sunbelt Rentals**<br>**PO Box 402911**<br>**Atlanta, GA 30384-9211**<br>**Date(s) debt was incurred** 3/2016<br>**Last 4 digits of account number** 2830 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,805.46** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

3.95 **Nonpriority creditor's name and mailing address**
**SWF Industrial**
**6287 Lincoln Hwy**
**Wrightsville, PA 17368**
**Date(s) debt was incurred** 9/2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**
**Ted Francis**
**651 Valley Road**
**Lancaster, PA 17601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,355.36**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.97 **Nonpriority creditor's name and mailing address**
**The Architectural Resource Center**
**PO Box 217**
**Northwood, NH 03261**
**Date(s) debt was incurred** 4/2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$939.54**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.98 **Nonpriority creditor's name and mailing address**
**The Mann & Parker Lumber Co**
**335 N Constitution Avenue**
**New Freedom, PA 17349-5547**
**Date(s) debt was incurred** 11/2106
**Last 4 digits of account number** 8742

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,131.69**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.99 **Nonpriority creditor's name and mailing address**
**Thomas and Karen Trout**
**230 E Maple Street**
**Palmyra, PA 17078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,825.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.100 **Nonpriority creditor's name and mailing address**
**Transnational Service**
**123 East Neck Road**
**Huntington, NY 11743-1567**
**Date(s) debt was incurred** 7/2009
**Last 4 digits of account number** R902

**As of the petition filing date, the claim is:** *Check all that apply.* **$489.96**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.101 **Nonpriority creditor's name and mailing address**
**Turnaround Solutions**
**8407 Pickards Meadow Road**
**Chapel Hill, NC 27516**
**Date(s) debt was incurred** 4/6/17
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,870.83**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

3.102 **Nonpriority creditor's name and mailing address**
**Tyson Fence**
**7921 Grayson Road**
**Harrisburg, PA 17111**
**Date(s) debt was incurred** 12/2015
**Last 4 digits of account number** 0656

**As of the petition filing date, the claim is:** *Check all that apply.* **$266.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.103 **Nonpriority creditor's name and mailing address**
**UGI Utilities, Inc.**
**PO Box 15503**
**Wilmington, DE 19886-5503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4427

**As of the petition filing date, the claim is:** *Check all that apply.* **$387.51**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.104 **Nonpriority creditor's name and mailing address**
**United Bank**
**7901 Richmond Hwy**
**Alexandria, VA 22306**
**Date(s) debt was incurred** 8/2017
**Last 4 digits of account number** 8833

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,550.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.105 **Nonpriority creditor's name and mailing address**
**United Rentals**
**PO Box 10071**
**Atlanta, GA 30384-0711**
**Date(s) debt was incurred** 2015
**Last 4 digits of account number** 9615

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,723.86**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.106 **Nonpriority creditor's name and mailing address**
**VitalCap**
**1501 Broadway**
**New York, NY 10036**
**Date(s) debt was incurred** 10/2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,000.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.107 **Nonpriority creditor's name and mailing address**
**Vonage Corporate Headquarters**
**23 Main Street**
**Holmdel, NJ 07733**
**Date(s) debt was incurred** 7/2017
**Last 4 digits of account number** 6328

**As of the petition filing date, the claim is:** *Check all that apply.* **$400.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.108 **Nonpriority creditor's name and mailing address**
**Weaver Associates**
**753 Rosemon Drive**
**Lititz, PA 17543**
**Date(s) debt was incurred** 2013
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,050.80**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo Bank NA**<br>**PO Box 5058**<br>**Portland, OR 97208-5058**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,242.18** |
| 3.110 | **Nonpriority creditor's name and mailing address**<br>**Windstream**<br>**PO Box 9001908**<br>**Louisville, KY 40290-1908**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 8124 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$603.10** |
| 3.111 | **Nonpriority creditor's name and mailing address**<br>**Wood Be Dreams Carpentry**<br>**14 Mayfield Drive**<br>**Leola, PA 17540**<br>**Date(s) debt was incurred** 7/2015<br>**Last 4 digits of account number** 0006 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$753.00** |
| 3.112 | **Nonpriority creditor's name and mailing address**<br>**Yarnell Security Systems**<br>**131 Elmwood Road**<br>**Lancaster, PA 17602**<br>**Date(s) debt was incurred** 7/2017<br>**Last 4 digits of account number** 3224 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,080.71** |
| 3.113 | **Nonpriority creditor's name and mailing address**<br>**Yellowstone Capital**<br>**Merchant Funding Services**<br>**1 Evertrust Plaza, 14th Fl**<br>**Jersey City, NJ 07302**<br>**Date(s) debt was incurred** 12/2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$50,750.00** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABC Amega Inc.**<br>**500 Senceca Street, STE 400**<br>**Buffalo, NY 14204-1963** | Line 3.45<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Keystone Credit Services, LLC**<br>**PO Box 218**<br>**Leola, PA 17540** | Line 3.67<br>☐ Not listed. Explain ____ | _ |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Keystone Credit Services, LLC**<br>**PO Box 218**<br>**Leola, PA 17540** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **691,105.88** |
| **5b. Total claims from Part 2** | 5b. | + | $ **1,199,785.02** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **1,890,890.90** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **K& G Artisan Builders, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | **PA Bar Association** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **K& G Artisan Builders, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Danielle Keperling** | **746 N Franklin Street Lancaster, PA 17602** | **Carter Lumber** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.2 | **Danielle Keperling** | **746 N Franklin Street Lancaster, PA 17602** | **Amato, Keating & Lessa, PC** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.3 | **Danielle Keperling** | **746 N Franklin Street Lancaster, PA 17602** | **Amato Keating and Less, PC** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.4 | **Danielle Keperling** | **746 N Franklin Street Lancaster, PA 17602** | **CST Co** | ☐ D<br>■ E/F **3.30**<br>☐ G |
| 2.5 | **Danielle Keperling** | **746 N Franklin Street Lancaster, PA 17601** | **Patient First Attn: Corp Payments** | ☐ D<br>■ E/F **3.76**<br>☐ G |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Danielle Keperling** | **746 N Franklin Street**<br>**Lancaster, PA 17602** | **Yarnell Security Systems** | ☐ D<br>■ E/F **3.112**<br>☐ G |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **K& G Artisan Builders, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$300,000.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1,623,381.63** |
| **For the fiscal year:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$569,921.75** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Larry J. DeMarco<br>v<br>K&G Artisan Builders, Inc.<br>MDJ 116-2017** | **landlord tenant** | **MDJ Janice Jimenez<br>796-A New Holland Avenue<br>Lancaster, PA 17602** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Carter Lumber Company, Inc.<br>vs<br>K&G Artisan Builders, Inc.<br>d/b/a<br>Historic Restorations and<br>Danielle Keperling<br>16-09675** | **civil action** | **Lancaster County Court of Common Pleas<br>50 N Duke Street<br>Lancaster, PA 17602** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Aerotek, Inc.<br>v<br>Jonathan Keperling<br>Danielle Keperling and<br>K&G Artisan Builders, Inc.<br>d/b/a Historic Restorations<br>16-10541** | **civil action** | **Lancaster County Court of Common Pleas<br>50 N Duke Street<br>Lancaster, PA 17602** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Selective Way Insurance Company<br>v<br>K& G Artisan Builders, Inc.<br>d/b/a Historic Restorations<br>15-05186** | **civil action** | **Lancaster County Court of Common Pleas<br>50 N Duke Street<br>Lancaster, PA 17602** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |


Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Lawrence J. DeMarco<br>v<br>K& G Artisan Builders, Inc.<br>CI-14-02275** | **civil action** | **Lancaster County Court of Common Pleas<br>50 N Duke Street<br>Lancaster, PA 17602** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Wise Funding Group, LLC<br>vs<br>K&G Artisan Builders, Inc. d/b/a Historic Restorations<br>and<br>Danielle and Jonathan Keperling<br>17-06941** | **civil action** | **Lancaster County Court of Common Pleas<br>50 N Duke Street<br>Lancaster, PA 17602** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Cohen Seglia Pallas Greenhall & Furman<br>vs<br>Historic Restorations<br>SC 17-19-5153** | **civil action** | **Philadelphia Municipal Court<br>1339 Chestnut Street, 10th Fl<br>Philadelphia, PA 19107** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **The Pennsylvania Bar Association<br>vs<br>K&G Artisan Builders, Inc. d/b/a Historic Restorations<br>and<br>Danielle & Jonathan A. Keperling h/w and Charles and Losi Groshong, h/w<br>2017 CV 6519-CV** | **civil action** | **Dauphin County Court of Common Pleas<br>213 N Front Street<br>Harrisburg, PA 17101** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Stephane McGowan<br>vs<br>Historic Restorations<br>WCAIS Claim No. 7951337** | **workers compensation** | **PA Department of Labor & Industry<br>216 N 6th Street<br>PO Box 706<br>Sunbury, PA 17801-0706** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Business Debt Solutions**<br>**8407 Pichards Meadow Rd**<br>**Chapel Hill, NC 27516** | | **3/2017** | **$900.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Mitchell A. Sommers, Esquire**<br>**107 W Main Street**<br>**Ephrata, PA 17522** | | **5/2017, 4/8/18** | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number *(if known)*

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **341 E Liberty Street**<br>**Lancaster, PA 17602** | **2005-6/2017** |

**Part 8:** **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Integrity Bank**<br>**1683 Oregon Pike**<br>**Lancaster, PA 17602** | **XXXX-2620** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **4/2017-negative account balance** | **$0.00** |
| 18.2. | **Wells Fargo**<br>**1966 Fruitville Pike**<br>**Lancaster, PA 17601** | **XXXX-7462** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **3/2017 negative balance** | **$0.00** |

19. **Safe deposit boxes**



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Raizoo Valloyas**<br>**Phillippines** | **4/16-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jonathan Keperling** | **746 N Franklin Street**<br>**Lancaster, PA 17602** | **president** | **25** |



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Danielle Keperling** | **746 N Franklin Street<br>Lancaster, PA 17602** | **VP/Treasurer** | **25** |
| **Charles Groshong** | **PO Box 17<br>Page, AZ 86040-0017** | **VP** | **25** |
| **Lois Groshong** | **PO Box 17<br>Page, AZ 86040-0017** | **VP/Secretary** | **25** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **K& G Artisan Builders, Inc.** Case number *(if known)*

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 27, 2018**

**/s/ Danielle Keperling**
Signature of individual signing on behalf of the debtor

**Danielle Keperling**
Printed name

Position or relationship to debtor **VP/Treasurer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **K& G Artisan Builders, Inc.** Case No.
Debtor(s) Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Amendments to schedules due to information not provided to attorney by client.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 27, 2018**
*Date*

**/s/ Mitchell A. Sommers, Esquire PC**
**Mitchell A. Sommers, Esquire PC 38505**
*Signature of Attorney*
**Mitchell A. Sommers, Esquire, PC**
**107 West Main Street**
**Ephrata, PA 17522**
**717-733-6607 Fax: 717-721-3422**
**sommersesq@aol.com**
*Name of law firm*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **K& G Artisan Builders, Inc.** Debtor(s)

Case No.

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the VP/Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 27, 2018**

**/s/ Danielle Keperling**
**Danielle Keperling**/**VP/Treasurer**
Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com 

ABC Amega Inc.
500 Senceca Street, STE 400
Buffalo, NY 14204-1963

Ahern Rentals
1401 Mineral Avenue
Las Vegas, NV 89106

Allied Window
11111 Canal Road
Cincinnati, OH 45241

Amanda Kulik
218 Laurel Road
Altoona, PA 16601

Amato Keating and Less, PC
107 North Commerce Way
Bethlehem, PA 18017

Amato, Keating & Lessa, PC
107 North Commerce Way
Bethlehem, PA 18017

Andrew Foreman
57 E Main Street
Leola, PA 17540

Bauer Fastner & Power Tool
PO Box 180
Lancaster, PA 17608

Benjamin Morua
334 Coral Street
Lancaster, PA 17603

Benjamin Will
46 E 2nd Avenue
Lititz, PA 17543

BerkleyNet
PPO Box 535080
Atlanta, GA 30353

Bestline
140 Hawbaker Industrial Drive
State College, PA 16803

BHK Financial
2222 S Dobson Rd., sTE 1104
Mesa, AZ 85202

Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188-7410

Bin There Dump That
1413 Richmond Road
Red Lion, PA 17356

Blue Ball Machine
PO Box 369
Blue Ball, PA 17506

Boldmark Steel Industries, LLC
9058 Flamepool Way
Columbia, MD 21045

Brennan & Clark Ltd
721 E Madison, STE 200
Wood Dale, IL 60191

Brubaker Connaughton Goss and Lucarelli
480 New Holland Avenue, STE 6250
Lancaster, PA 17602

Caleb Horst
324 E Ross Street
Lancaster, PA 17602

Campbell Hightower & Adams
Cincinnati Insurance
4645 S Lakeshore Dr, STE 11
Tempe, AZ 85282

Capital Blue
PO Box 779516
Harrisburg, PA 17177-9516

Caretti Restoration & Preservation
PO Box 1301
Camp Hill, PA 17001-1301

Carter Lumber
c/o Thomas, Thomas & Hafer, LLP
PO Box 999
Harrisburg, PA 17108

Central Credit Services, LLC
20 Corporate Hills Drive
Saint Charles, MO 63301

Charles and Laura Boinske
30 Turnstone Way
Downingtown, PA 19335

Chevery Bnie Jacob
300 West Water Street
Middletown, PA 17057

City of Harrisburg
10 N Second Street
Harrisburg, PA 17101

City of Philadelphia
Department of Revenue
PO Box 50
Philadelphia, PA 19105-0050

Cohen Seglias Pallas Greenhall & Furman
United Plaza, 19th Floor
30 S 17th Street
Philadelphia, PA 19103

Cohn & Dussi, LLC
5000 W Cummings Park, STE 2350
Woburn, MA 01888

Comcast Business
PO Box 3001
Southeastern, PA 19398-3001

Complete Payment Recovery
PO Box 30272
Tampa, FL 33630-3272

Concrete Authority
599 Airport Road
Lititz, PA 17543

Cooper Printing
2094 New Danville Pike
Lancaster, PA 17603

Countryview Construction
881 Red Hill Road
Narvon, PA 17555

County of Bradford
Domestic Relations Office
301 Main Street, Room 13
Towanda, PA 18848

County of Delaware
201 W Front Street
Media, PA 19063

Covenant CPA
2733 Willow Street Pike N
Willow Street, PA 17584

CST Co
PO Box 33127
Louisville, KY 40232-3127

DAL, Inc.
PO Box 162
Clifton Heights, PA 19018

Daniel Pyfer
289 Marion Road
Elizabethtown, PA 17022

Danielle Keperling
746 N Franklin Street
Lancaster, PA 17602

Department of Revenue
Internal Revenue Service
Cincinnati, OH 45999-0030

Domestic Relations Office
PO Box 543
Media, PA 19063

Donald H. Hess, Esquire
Gibbel Kraybill & Hess LLP
2933 Lititz Pike
PO Box 5349
Lancaster, PA 17606

Eagle Rental
1327 N Reading Road
Stevens, PA 17578

Early American Life
PO Box 221230
Beachwood, OH 44122-0996

Fastenal
PPO Box 1286
Winona, MN 55987-1286

FloorHaus
40 Glenbrook Road
Leola, PA 17540

FMS Inc.
PO Box 707600
Tulsa, OK 74170-7600

Foard Panel, Inc.
PO Box 185
West Chesterfield, NH 03466

Frank Crum
100 South Missouri Avenue
Clearwater, FL 33756

Freeburn Hamilton
2040 Linglestown Road, STE 300
Harrisburg, PA 17110

Goods Disposal Service, Inc.
4361 Oregon Pike
Ephrata, PA 17522

Graybill Equipment & Repair, Inc.
7651 Derry Street, STE B
Harrisburg, PA 17111

HC Quality Door LLC
4002 Old Philadelphia PIke
Gordonville, PA 17529

Highline Construction
152 Highland Road
Christiana, PA 17509

Hilti Inc.
PO Box 21148
Tulsa, OK 74121-1148

Home Group
Active Interest Media
300 N Continental Blvd, STE 650
El Segundo, CA 90245

House of Antique Hardware
802 NE Davis St
Portland, OR 97232

Howard Caldwell
104 Groffdale Road
Quarryville, PA 17566

InfusionSoft
1260 S Spectrum Blvd
Chandler, AZ 85286

Internal Revenue Service
Department of Revenue
Cincinnati, OH 45999-0030

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Intulse
29 S Market Street, STE 5
Elizabethtown, PA 17022

James Hecker
125 Mount Joy Street
Mount Joy, PA 17552

Jeffrey Hanna
357 College Avenue
Lancaster, PA 17603

Jeffrey Metz
1916 A Lincoln Highway East
Lancaster, PA 17602

Jonathan Wagner
102 W Main Street
Landisville, PA 17538

Justifacts Credential Verification
5250 Logan Ferry Road
Murrysville, PA 15668

K&L Machining
50 Trinity Drive
Leola, PA 17540

Karri Sensenig
210 W Grant Street
Lancaster, PA 17603

Kaufman CPA
243 E Ross Street
Lancaster, PA 17602

Keron Shockley
512 East King Street
Lancaster, PA 17602

Keystone Credit Services
PO Box 218
Leola, PA 17540-0218

Keystone Credit Services, LLC
PO Box 218
Leola, PA 17540

Lancaster County
150 N Queen Street
Lancaster, PA 17603

Lancaster County Domestic Relations
150 N Queen Street, STE 220
Lancaster, PA 17603

Lancaster General Health
PO Box 824809
Philadelphia, PA 19182-4809

Lancaster Orthopedic Group
231 Granite Run Road
Lancaster, PA 17601

Lantz Slate Roof Repair
2431 Creek Hill Road
Leola, PA 17540

Lawrence J. DeMarco
Michelle VonNieda
1227 Willow Street Pike
Lancaster, PA 17602

LCTCB
1845 William Penn Way
Lancaster, PA 17601

Leeland's Slate Roof Repair
101 N Carroll Street
Reading, PA 19611

Lester P Eshelman Enterprises
67 Peach Lane
Lancaster, PA 17601

Lift, Inc.
3745 Hempland Road
Mountville, PA 17554

Linebarger Goggan Blair & Sampson, LLP
PO Box 90128
Harrisburg, PA 17109-0128

Little Mountain Printing, Inc.
234 East Rosebud Road
Myerstown, PA 17067

LM Martin
1947 Division Hwy
Ephrata, PA 17522

Long's Welding and Fabrication
90 S Geyers Church Road
Middletown, PA 17057

Mette, Evans & Woodside
3401 North Front Street
PO Box 5950
Harrisburg, PA 17110-0950

Mike Mehffey
528 Park Avenue
Lancaster, PA 17602

Moxin Timbers
121 Development Lane
Winchester, VA 22602

MRI Group, LLP
PO Box 3088
Lancaster, PA 17604

Nathan Talamantez
101 Garber Drive
Willow Street, PA 17584-9110

NYS Assessment Receivables
PO Box 4127
Binghamton, NY 13902-4127

Occupational Health Centers
PO Box 8750
Elkridge, MD 21075-8750

PA Bar Association

PA Department of Revenue
Bureau of Collections
PO Box 281041
Harrisburg, PA 17128-1041

PA Dept of Labor & Industry
Office of the UC Tax Services
651 Boas Street
Harrisburg, PA 17121-0750

Patient First Attn: Corp Payments
PO Box 759041
Baltimore, MD 21275-9041

Penn Medicine LGH
Patient Financial Services
PO Box 3555
Lancaster, PA 17604-0355

Pennsylvania Bar Association
100 South Street
Harrisburg, PA 17101

Pennsylvania One Call System
Po Box 641121
Pittsburgh, PA 15264-1121

Perini Management Serivces
73 Mt. Wayte Avenue
Framingham, MA 01701-9160

PinnacleHealth System
PO Box 2353
Harrisburg, PA 17105-2353

PPL
2 N 9th Street
Allentown, PA 18104

PRS Physican Therapy
75 Evelyn Drive
Millersburg, PA 17061

R&R Associates
39 N Front Street
Columbia, PA 17512

Refindings
465 E Prospect Street
York, PA 17403

Rental Zone
122 SEymour Street
Lancaster, PA 17603

Richard Keiffer III
311 Market Street
Kingston, PA 18704

Robert Eshelman
668 Wallingford Rd., Apt. 103
Lititz, PA 17543

Rudolph Talamantez
101 Garber Drive
Willow Street, PA 17584-9110

Ryan Hammond
849 N Queen Street
Lancaster, PA 17602

Shane Hurst
121 Spring Grove Road
East Earl, PA 17519

Sherwin-Williams Co
910 Sheraton Drive, STE 400
Mars, PA 16046

Shook Hardy & Bacon
1155 F Street NW STE 200
Washington, DC 20004-1305

Smoker Gard Associates
912 W Main Street, STE 402
New Holland, PA 17557

Stephanie McGowen
302 E Main Street, Apt 2
New Holland, PA 17557-1302

Steven Trees Woodworking
939 East Earl Road
New Holland, PA 17557

Strategic Tax Advisors, Inc.
1275 Barclay Blvd
Buffalo Grove, IL 60089

Sunbelt Rentals
PO Box 402911
Atlanta, GA 30384-9211

SWF Industrial
6287 Lincoln Hwy
Wrightsville, PA 17368

Ted Francis
651 Valley Road
Lancaster, PA 17601

The Architectural Resource Center
PO Box 217
Northwood, NH 03261

The Mann & Parker Lumber Co
335 N Constitution Avenue
New Freedom, PA 17349-5547

Thomas and Karen Trout
230 E Maple Street
Palmyra, PA 17078

Thomas Thomas & Hafer LLP
PO Box 999
Harrisburg, PA 17108-0999

Tom Schelling
330 Baumgardner Road
Willow Street, PA 17584

Transnational Service
123 East Neck Road
Huntington, NY 11743-1567

Turnaround Solutions
8407 Pickards Meadow Road
Chapel Hill, NC 27516

Tyson Fence
7921 Grayson Road
Harrisburg, PA 17111

UGI Utilities, Inc.
PO Box 15503
Wilmington, DE 19886-5503

United Bank
7901 Richmond Hwy
Alexandria, VA 22306

United Rentals
PO Box 10071
Atlanta, GA 30384-0711

VitalCap
1501 Broadway
New York, NY 10036

Vonage Corporate Headquarters
23 Main Street
Holmdel, NJ 07733

Weaver Associates
753 Rosemon Drive
Lititz, PA 17543

Wells Fargo Bank NA
PO Box 5058
Portland, OR 97208-5058

Windstream
PO Box 9001908
Louisville, KY 40290-1908

Wise Funding Group, LLC
767 Third Ave., 32nd Fl
New York, NY 10017

Wood Be Dreams Carpentry
14 Mayfield Drive
Leola, PA 17540

Yarnell Security Systems
131 Elmwood Road
Lancaster, PA 17602

Yellowstone Capital
Merchant Funding Services
1 Evertrust Plaza, 14th Fl
Jersey City, NJ 07302

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **K& G Artisan Builders, Inc.** Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **K& G Artisan Builders, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Danielle Keperling**
**746 N Franklin Street**
**Lancaster, PA 17602**

☐ None [*Check if applicable*]

**April 27, 2018**
Date

**/s/ Mitchell A. Sommers, Esquire PC**
**Mitchell A. Sommers, Esquire PC 38505**
Signature of Attorney or Litigant
Counsel for **K& G Artisan Builders, Inc.**

**Mitchell A. Sommers, Esquire, PC**
**107 West Main Street**
**Ephrata, PA 17522**
**717-733-6607 Fax:717-721-3422**
**sommersesq@aol.com**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com